Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Syed Mudassir Shah | Case No.: 13–51263 ASW 13 |
| Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is given** the debtor(s) having failed to comply with this court's order filed on March 21, 2013 , it is ordered that this case is hereby **dismissed**.

Dated: 4/10/13

By the Court:

Arthur S. Weissbrodt
United States Bankruptcy Judge